Charles L. Doerksen, #135423
Attorney at Law
2100 Tulare Street, Suite 410
Fresno, California  93721
559 233 3434

Attorney for plaintiffs SHAUKAT "SAL"MAREDIA and CIGARETTE KING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| SHAUKAT "SAL"MAREDIA and CIGARETTE KING,<br><br>         Plaintiffs,<br><br>    vs.<br><br>PHILIP MORRIS USA INC., and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No. CV 05-00393-OWW-SMS<br><br>APPLICATION FOR SUBSTITUTION OF ATTORNEY FOR PLAINTIFFS; [PROPOSED] ORDER<br><br>Action Filed:  3/24/05<br>Related Case:  CV 05-00402-OWW-SMS |

SUBSTITUTION

Pursuant to Local Rule 83-182(g) of the Local Rules of Practice for the United States District Court, Eastern District of California, plaintiff SHAUKAT "SAL"MAREDIA and plaintiff CIGARETTE KING (together "plaintiffs") respectfully apply to the Honorable Court for an order substituting attorney Charles L. Doerksen as the new attorney of record for plaintiffs:

1. The names of the parties making this substitution of attorney are plaintiff SHAUKAT "SAL"MAREDIA and plaintiff CIGARETTE KING.

2. The name, address, telephone number and e-mail address of the new attorney is:

>Charles L. Doerksen, #135423
>2100 Tulare Street, Suite 410
>Fresno, California  93721
>559 233 3434
>charles@doerksen-law.com

3. Subject to approval of the Court, the new attorney, Charles L. Doerksen, hereby appears in this case.

4. Subject to approval of the Court, the new attorney, Charles L. Doerksen, is substituted as attorney of record in place and stead of pro per plaintiff SHAUKAT "SAL"MAREDIA and pro per plaintiff CIGARETTE KING.

I CONSENT TO THE ABOVE SUBSTITUTION.

Dated: June 15, 2005

>/s/  Shaukat Maredia
>Pro per plaintiff,
>SHAUKAT "SAL"MAREDIA

Dated: June 15, 2005

>/s/  Shaukat Maredia
>Pro per plaintiff,
>CIGARETTE KING
>By Shaukat "Sal"Maredia

I AM DULY ADMITTED TO PRACTICE IN THIS DISTRICT.  THE ABOVE SUBSTITUTION IS ACCEPTED.

Dated: June ____, 2005

>/s/  Charles L. Doerksen
>Charles L. Doerksen,
>Attorney for plaintiffs
>SHAUKAT "SAL"MAREDIA and
>CIGARETTE KING

## ORDER

**IT IS SO ORDERED.**

Dated: June _21___, 2005

/s/ OLIVER W. WANGER

_____
United States District Court Judge