Charles L. Doerksen, #135423
Attorney at Law
2100 Tulare Street, Suite 410
Fresno, California  93721
559 233 3434

Attorney for counter-defendant SHAUKAT "SAL"MAREDIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| SHAUKAT "SAL"MAREDIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PHILIP MORRIS USA INC.,<br><br>　　　　Defendant.<br>―――――――――――――<br>PHILIP MORRIS USA INC.,<br><br>　　　　Counter-Claimant,<br><br>　v.<br><br>SHAUKAT "SAL"MAREDIA,<br><br>　　　　Counter-Defendant. | Case No. CV 05-00393-OWW-SMS<br><br>**STIPULATION ALLOWING FILING OF THIRD AMENDED COMPLAINT; ORDER THEREON**<br><br>Consolidated With:  CV 05-00402-OWW-SMS |

　　　　WHEREAS, at the Scheduling Conference held November 4, 2005, it was agreed that plaintiff would file his second amended complaint to, among other things, delete the request for attorney's fees;

///

Stipulation Allowing Filing of Third Amended Complaint; Order Thereon                           1

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, plaintiff's second amended complaint was filed on November 10, 2005, but through an oversight, the request for attorney's fees was not deleted; and

WHEREAS, the parties desire that plaintiff be permitted to file his third amended complaint for the sole purposes of deleting the request for attorney's fees,

IT IS HEREBY STIPULATED, by and between the parties hereto through their respective counsel, that within ten days of the entry of the order on this stipulation plaintiff may file his third amended complaint for the sole purpose of deleting his request for attorney's fees.

Dated: December 5, 2005

/s/ Charles L. Doerksen
_____
Charles L. Doerksen,
Attorney for plaintiff
SHAUKAT "SAL"MAREDIA

Dated: December 5, 2005

 /s/ Leopoldo J. Chanco
By _____
   Leopoldo J. Chanco
   Attorney for defendant
   PHILIP MORRIS USA INC.

IT IS SO ORDERED

Dated:  \_12/6/ 2005

/s/Oliver W. Wanger
Judge, U.S. District Court

Stipulation Allowing Filing of Third Amended Complaint; Order Thereon                                2

PDF created with pdfFactory trial version www.pdffactory.com