UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAUKAT "SAL" MAREDIA, et al., | ) | 1:05-cv-00393-OWW-SMS |
| | ) | |
| Plaintiffs, | ) | ORDER VACATING HEARING ON MOTION |
| | ) | OF PLAINTIFF'S COUNSEL TO |
| v. | ) | WITHDRAW (DOC. 51) |
| | ) | **VACATED HEARING DATE:** |
| PHILIP MORRIS USA INC., et al., | ) | **March 17, 2006** |
| | ) | |
| | ) | ORDER DEEMING MOTION SUBMITTED TO |
| Defendants. | ) | THE COURT FOR DECISION |
| _____ | ) | |
| | ) | |
| PHILIP MORRIS USA INC., | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SHAUKAT "SAL" MAREDIA, | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| _____ | ) | |

Plaintiff and Counter-Defendant Saukat "Sal" Maredia is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

The notice of motion and motion of Charles L. Doerksen to withdraw as attorney of record for Plaintiff Shaukat "Sal" Maredia was filed on February 2, 2006, along with a declaration of Charles L. Doerksen and a memorandum in support of the motion. Proof of

1

service indicates that the documents were served by mail and by facsimile transmission on February 2, 2006, on Plaintiff Maredia at the address and telephone number that counsel identifies in his declaration as belonging to Plaintiff. On February 23, 2006, Defendant Philip Morris USA Inc. filed non-opposition to the motion to withdraw.

Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion of Plaintiff's counsel to withdraw is a matter that may appropriately be submitted upon the record and briefs.

Accordingly, the hearing on the motion, presently set for March 17, 2006 at 9:30 a.m., IS VACATED, and the motion IS DEEMED SUBMITTED to the Court for decision.

IT IS SO ORDERED.

**Dated:   February 28, 2006**             **/s/ Sandra M. Snyder**
icido3                                     UNITED STATES MAGISTRATE JUDGE

2