UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUKAT "SAL" MAREDIA,<br><br>    Plaintiff,<br><br>vs.<br><br>PHILIP MORRIS USA, and DOES 1 through 10, inclusive.<br>    Defendants.<br>_____/ | No.  1:05-cv-00393-OWW-SMS<br><br>**ORDER GRANTING PHILIP MORRIS USA, INC'S MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION AND FOR SANCTIONS**<br><br>**Date:  March 24, 2006**<br>**Time:  9:30 a.m.**<br>**Courtroom:  7** |

-1-
ORDER GRANTING MOTION TO COMPEL

PDF created with pdfFactory trial version www.pdffactory.com

The motion of defendant PHILIP MORRIS USA, INC. ("PM USA") to compel further responses to interrogatories and requests for productions and for sanctions came on regularly for hearing before this court. Leopoldo J. Chanco and Turner Broughton appeared telephonically on behalf of defendant PM USA. Plaintiff SHAUKAT "SAL" MAREDIA ("MAREDIA") did not appear.

After full consideration of the evidence, the authorities submitted by counsel and the arguments of counsel at the hearing, the Court finds that

(1) MAREDIA failed to provide adequate responses to PM USA's interrogatories and made improper boilerplate and baseless objections;

(2) MAREDIA failed to produce any documents in response to PM USA's requests for production and once again made improper boilerplate and baseless objections; and

(3) MAREDIA breached his discovery obligations under Local Rule 37-251 by ignoring attempts by counsel for PM USA to informally confer and attempt to resolve this discovery dispute, thereby prejudicing PM USA's right to obtain information relating to MAREDIA's claims and its preparations for trial.

IT IS THEREFORE ORDERED that the said motion to compel further responses to interrogatories and requests for production and for sanctions is GRANTED. MAREDIA shall have until April 14, 2006 to serve full and complete answers and responses to all of PM USA's interrogatories and requests for production without objection, and to produce all documents in MAREDIA's possession that are responsive to all of PM USA's requests for production.

IT IS FURTHER ORDERED that monetary sanctions in the amount of $2,250 shall be imposed against MAREDIA in favor of PM USA and paid no later than April 14, 2006 to counsel for PM USA.

IT IS SO ORDERED.

Dated: March 24, 2006

By:   /s/ Sandra M. Snyder
SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com