UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUKAT "SAL" MAREDIA, | No. 1:05-cv-00393-OWW-SMS |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| PHILIP MORRIS USA, and DOES 1 through 10, inclusive. | |
| Defendants. | |

This action came on regularly for hearing before this Court on June 26, 2006, Hon. Oliver W. Wanger, United States District Judge, Presiding, on a motion for terminating sanctions pursuant to which PHILIP MORRIS USA INC. sought the dismissal of the Complaint of plaintiff Shaukat "Sal" Maredia against it, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the plaintiff Shaukat "Sal" Maredia take nothing, that his Complaint is hereby dismissed with prejudice, and that defendant PHILIP MORRIS USA recover its costs pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure.

Dated:   October 10, 2006

/s/ OLIVER W. WANGER_____
UNITED STATES DISTRICT JUDGE

JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com