UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUKAT "SAL" MAREDIA, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>PHILIP MORRIS USA INC., et al.,<br><br>    Defendants.<br>_____/<br>PHILIP MORRIS USA INC.,<br><br>    Counter-Claimant,<br><br>vs.<br><br>SHAUKAT "SAL" MAREDIA,<br><br>    Counter-Defendant.<br>_____/ | 1:05-cv-00393-OWW-SMS<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 105)<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** (Doc. 92)<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANT/ COUNTER-CLAIMANT AND AGAINST PLAINTIFF/COUNTER-DEFENDANT** |

    Defendant and Counter-Claimant, Philip Morris USA, Inc., is proceeding with this civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(19) and 72-303.

    On August 27, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which

1

contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 27, 2007, are ADOPTED IN FULL;

2. The motion for default judgment filed by Defendant and Counter-Claimant, Philip Morris USA, Inc., on July 19, 2007, in the amount of $150,000.00 is GRANTED; and,

3. The Clerk of Court enter judgment in favor of Defendant and Counter-Claimant, Philip Morris USA, Inc., and against Plaintiff and Counter-Defendant, Shaukat "Sal" Maredia, for $150,000.00 in damages.

IT IS SO ORDERED.

**Dated:   October 16, 2007**              /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE